IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY WILLIAMS,                          :
     Plaintiff                        :
     v.                               :Case No. 3:18-cv-110-KRG-KAP
DR. MUHAMMED NAJI, *et al.*,               :
     Defendants                       :

## Memorandum Order

The Magistrate Judge filed a Report and Recommendation on November 26, 2018, ECF no. 7, recommending that the plaintiff's motions to alter or amend the judgment at ECF no. 5 and ECF no. 6 be denied.

The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections at ECF no. 8 that are meritless.

After *de novo* review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 24th day of May, 2018, it is

ORDERED that plaintiff's motions at ECF no. 5 and ECF no.

6 are denied. The Report and Recommendation at ECF no. 7 is adopted

as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Anthony Williams AY-6759
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000